| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Tamika N. Wyche, Esquire<br>3300 Federal Street<br>Camden, NJ 08105<br>856-338-0411<br>TNW 06502006 | Case No.: _____20-13606_____<br>Chapter: _____13_____ |
| In Re:<br>AMY HOLMES | Adv. No.: _____<br>Hearing Date: _____<br>Judge: _____JNP_____ |

## CERTIFICATION OF SERVICE

1. I, _Maria Hernandez_____ :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for _Tamika N. Wyche_____, who represents

   _Amy Holmes_____ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On _____April 30, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   ORDER RESPECTING AMENDMENT AND TRANSMITTAL LETTER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _4/30/2020_____          /s/Maria Hernandez_____
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ATTN; MANAGING AGENT<br>AMERICAN FIRST FINANCES, INC.<br>P O BOX 565848<br>DALLAS, TX 75356-5848 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN; MANAGING AGENT<br>CCMUA<br>1645 FERRY AVENUE<br>CAMDEN, NJ 08104 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN; MANAGING AGENT<br>CENTRAL CREDIT SERVICES<br>P O BOX 15118<br>JACKSONVILLE, FL 32239-45118 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN; MANAGING AGENT<br>CHRYSLER CAPITAL<br>P O BOX 961275<br>FORT WORTH, TX 76161-0275 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ATTN; MANAGING AGENT<br>CITY OF CAMDEN<br>CITY HALL, ROOM 117<br>CAMDEN, NJ 08101 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN: MANAGING AGENT<br>CITY OF CAMDEN<br>VIA AWE-CSG<br>P O BOX 822192<br>PHILADELPHIA, PA 19182-2192 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN: MANAGING AGENT<br>CITY OF CAMDEN WATER<br>100 S. 17TH STREET<br>CAMDEN, NJ 08105-1759 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN: MANAGING AGENT<br>COMMONWEALTH FINANCIAL<br>245 MAIN STREET<br>DICKSON CITY, PA 18519-1641 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ATTN; MANAGING AGENT<br>CONVERGENT HC RECOVERIES<br>121 NE JEFFERSON AVE, STE 100<br>PEORIA, IL 61601-1229 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN; MANAGING AGENT<br>DEBT RECOVERY SOLUTIONS<br>P O BOX 9003<br>SYOSSET, NY 11791-9003 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN; MANAGING AGENT<br>ENHANCED RECOVERY COMPANY<br>P O BOX 57547<br>JACKSONVILLE, FL 32241-7547 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN; MANAGING AGENT<br>MIDLAND MORTGAGE<br>999 NW GRAND BLVD.<br>OKLAHOMA, OK 73118-6051 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ATTN; MANAGING AGENT<br>PSE&G<br>P O BOX 1444<br>NEW BRUNSWICK, NJ 08903-1444 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN; MANAGING AGENT<br>QUALITY ASSET RECOVERY<br>7 FOSTER AVE, STE 101<br>GIBBSBORO, NJ 08026-1191 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SHAPIRO & DENARDO, LLC<br>14000 COMERCE PKWY, STE B<br>MOUNT LAUREL, NJ 08054-2242 | CREDITOR ATTORNEY | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ATTN; MANAGING AGENT<br>SOUTHWEST CREDIT SYSTEMS<br>2639 DICKERSON PKWY<br>CARROLLTON, TX 75007 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ATTN; MANAGING AGENT<br>STATE OF NEW JERSEY<br>DEPT. OF LABOR<br>P O BOX 650<br>TRENTON, NJ 08646-0650 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

|  |  |  |
|---|---|---|
| David Paul Daniels | 3300 Federal Street | email address: |
| (1981-2017) | Camden, New Jersey 08105 | daviddanielslaw@gmail.com |
|  | Telephone (856) 338-0411 |  |
|  | Telefax (856) 541-0891 |  |

Tamika Wyche*
*Member of NJ and PA Bar

April 20, 2020

Attn: Managing Agent
American First Finance, Inc.
P O Box 565848
Dallas, TX 75356-5848

      Re:: Amy Homes
      Petition #20-13606 JNP
      Our File No. 8428

Dear Sir/Madam :

      Please be advised that I represent Ms. Amy Holmes relative an 11 U.S.C. Chapter 13 bankruptcy, which was filed with the Court on 3/02/2020

Enclosed please find a copy of an Order Respecting Amendment together with a copy of Debtor(s) Amendment Page. The First meeting of Creditors was held on 4/02/2020 and the Confirmation hearing was held on 4/29/2020.

A Proof of Claim must be filed in the Office of the Clerk of the Bankruptcy Court within sixty (60) days form the date of this Order or by the date directed by the Court as the last day to file a claim. The Debtor(s) may be examined upon application to the Bankruptcy Judge.

                              Very truly yours,
                              LAW OFFICES OF DAVID PAUL DANIELS, LLC

                              TAMIKA N. WYCHE, ESQUIRE

TNW/mh
Enclosure:
CC: All Creditors