UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Tamika N. Wyche, Esquire
3300 Federal Street
Camden, NJ 08105
856-338-0411
TNW 06502006

In Re:
AMY HOLMES

Case No.: 20-13606

Chapter: 13

Adv. No.: _____

Hearing Date: 03/03/2021

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, _Maria Hernandez_ :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for _Tamika N. Wyche_, who represents _Amy Holmes_ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _January 28, 2021_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    CHAPTER 13 PLAN AND TRANSMITTAL LETTER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 01/28/2021                             /s/Maria Hernandez
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ATTN: MANAGING AGENT<br>CAMDEN COUNTY MUA<br>1645 FERRY AVENUE<br>CAMDEN, NJ 08104 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CITY OF CAMDEN DEPARTMENT OF WATER AND SEWER<br>C/O OFFICE OF THE CITY ATTORNEY<br>CITY HALL, SUITE 419<br>CAMDEN, NJ 08101 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
Telephone (856) 338-0411
Telefax (856) 541-0891

David Paul Daniels
(1981-2017)

Tamika Wyche*
*Member of NJ and PA Bar

email address:
daviddanielslaw@gmail.com

January 28, 2021

ATTN: Managing Agent
Camden County MUA
1645 Ferry Avenue
Camden, NJ 08104

**Re: Amy Holmes**
**Petition No. 20-13606 JNP**
**Our File No. 8428**

Dear Sir/Madam:                                Your Account Last 4 digits: 7179

    You should have previously received from the court a copy of the plan prosed by t the Debtor and Notice of the Hearing on Confirmation.

    The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because the plan contains motions that may affect your interest adversely. All form of relief sought by motion appear in Article 6 of the plan.

    The Confirmation Hearing has been scheduled for 03/03/2021. Objections to any relief sought in the plan, including relief sought by motion 5 B Unsecured Claims and Part 9 Modification, must be filed seven days prior to the Confirmation Hearing.

    If you have any questions in this matter, please feel free to contact my office.

Very truly yours,
LAW OFFICES OF DAVID PAUL DANIELS, LLC

*[signature]*
TAMIKA N. WYCHE, ESQUIRE

TNW/mh
Enclosure

# LAW OFFICES OF
# DAVID PAUL DANIELS, LLC

2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
Telephone (856) 338-0411
Telefax (856) 541-0891

David Paul Daniels
(1981-2017)

Tamika Wyche*
*Member of NJ and PA Bar

email address:
daviddanielslaw@gmail.com

January 28, 2021

City of Camden
Department of Water and Sewer
c/o Office of the City Attorney
City Hall, Suite 419
Camden, NJ 08101

**Re: Amy Holmes**
**Petition No. 20-13606 JNP**
**Our File No. 8428**

Dear Sir/Madam:                                   Your Account last 4 digits: 4220

You should have previously received from the court a copy of the plan prosed by t the Debtor and Notice of the Hearing on Confirmation.

The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because the plan contains motions that may affect your interest adversely. All form of relief sought by motion appear in Article 6 of the plan.

The Confirmation Hearing has been scheduled for 03/03/2021. Objections to any relief sought in the plan, including relief sought by motion 5 B Unsecured Claims and Part 9 Modification, must be filed seven days prior to the Confirmation Hearing.

If you have any questions in this matter, please feel free to contact my office.

Very truly yours,
LAW OFFICES OF DAVID PAUL DANIELS, LLC

TAMIKA N. WYCHE, ESQUIRE

TNW/mh
Enclosure