Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  20−13606−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amy Holmes
   aka Amy Williams, aka Amy L. Holmes
   1126 Collings Rd
   Camden, NJ 08104−3006

Social Security No.:
   xxx−xx−3916

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 8, 2020.

On 1/26/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                    March 3, 2021
Time:                    09:00 AM
Location:                4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 27, 2021
JAN: kaj

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 20-13606-JNP
Amy Holmes   Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 2
Date Rcvd: Jan 27, 2021   Form ID: 185   Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Amy Holmes, 1126 Collings Rd, Camden, NJ 08104-3006 |
| 518743992 | | American First Finance, Inc., PO Box 565848, Dallas, TX 75356-5848 |
| 518743993 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 518743994 | + | Central Credit Services, PO Box 15118, Jacksonville FL 32239-5118 |
| 518743995 | | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518743996 | | City of Camden, City Hall, Room 117, PO Box 95120, Camden, NJ 08101-5120 |
| 518743997 | | City of Camden Via AWE-CSG, PO Box 822192, Philadelphia, PA 19182-2192 |
| 518743998 | | City of Camden Water, 100 S 17th St, Camden, NJ 08105-1759 |
| 518743999 | | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 518744000 | | Convergent HC Recoveries, 121 NE Jefferson Ave Ste 100, Peoria, IL 61602-1229 |
| 518744001 | | Debt Recovery Solutions, PO Box 9003, Syosset, NY 11791-9003 |
| 518803616 | + | Denise Carlon, EsquireKML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518802046 | | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 518831539 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518744003 | | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 518824625 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518744004 | | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 518744005 | | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 518744006 | | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 518744007 | | Southwest Credit Systems, 2639 Dickrson Pkwy, Carrollton, TX 75007 |
| 518744008 | | State of New Jersey Dept of Labor, PO Box 650, Trenton, NJ 08646-0650 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2021 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2021 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518744002 | | Email/Text: bknotice@ercbpo.com | Jan 27 2021 22:17:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518831539 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 27 2021 22:36:47 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518744003 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 27 2021 22:36:47 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 20-13606-JNP    Doc 35    Filed 01/29/21    Entered 01/30/21 00:19:03    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jan 27, 2021 | Form ID: 185 | Total Noticed: 24 |

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021                    Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Tamika Nicole Wyche | on behalf of Debtor Amy Holmes daviddanielslaw@gmail.com  G30609@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5