Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 20-13606 (JNP)**

Amy Holmes  
1126 Collings Road  
Camden, NJ  08104-3006

Monthly Payment: $708.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/2020 | $21.00 | 04/28/2020 | $500.00 | 06/05/2020 | $527.00 | 07/07/2020 | $527.00 |
| 08/11/2020 | $527.00 | 09/14/2020 | $527.00 | 11/10/2020 | $316.00 | 11/10/2020 | $400.00 |
| 11/10/2020 | $200.00 | 11/10/2020 | $500.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | AMY HOLMES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $4,750.00 | $3,720.98 | $1,029.02 | $0.00 |
| 1 | AMERICAN FIRST FINANCE, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | 24 | $982.75 | $0.00 | $982.75 | $0.00 |
| 3 | CENTRAL CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CHRYSLER CAPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITY OF CAMDEN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITY OF CAMDEN WATER & SEWER | 24 | $990.00 | $0.00 | $990.00 | $0.00 |
| 7 | CITY OF CAMDEN WATER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COMMONWEALTH FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CONVERGENT HC RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DEBT RECOVERY SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ENHANCED RECOVERY COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDFIRST BANK | 24 | $25,697.93 | $0.00 | $25,697.93 | $0.00 |
| 13 | PSE&G | 33 | $2,889.41 | $0.00 | $0.00 | $0.00 |
| 14 | QUALITY ASSET RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SHAPIRO & DENARDO, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SOUTHWEST CREDIT SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STATE OF NEW JERSEY | 28 | $4,490.79 | $0.00 | $4,490.79 | $0.00 |
| 18 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TAMIKA NICOLE WYCHE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | FINWISE BANK | 33 | $2,050.10 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 04/01/2020 | 4.00 | $0.00 |
| 08/01/2020 | Paid to Date | $2,102.00 |
| 09/01/2020 | 55.00 | $708.00 |
| 04/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,045.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $889.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**