UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Tamika N. Wyche, Esquire**
**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**2985 YORKSHIP SQUARE, SUITE 1A**
**CAMDEN, NEW JERSEY 08104**
**(856) 338-0411**
TNW 006502006

In Re: AMY HOLMES

Order Filed on December 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-13606-JNP

Adv. No.:

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY

ORDER ALLOWING ATTORNEY FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 28, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: AMY HOLMES

Case No: 20-13606

Caption of Order: ORDER ALLOWING ATTORNEY FEES

_____

THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire of the Law Offices of David Paul Daniels, LLC, Attorney for Debtor on Application for Allowance of Attorney fees to Attorney for Debtor; and the Court after reviewing said Application; and for good cause having been shown;

IT IS HEREBY ORDERED that the Law Offices of David Paul Daniels, LLC, is allowed the sum of $230.00 for their fees and costs of which $0.00 has already been received by the Attorney and of which there is a balance of $230.00;

IT IS FURTHER ORDERED that the Attorney fee shall be paid through the Plan as a priority administrative claim, pursuant to Chapter 503(b) and 507(a)(1);

IT IS FURTHER ORDERED the Debtor's monthly plan is modified to a payment of $621.00 per month for the remaining 39 months to allow for payment of the aforesaid fee, beginning, January 1, 2022.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13606-JNP |
| Amy Holmes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Amy Holmes, 1126 Collings Rd, Camden, NJ 08104-3006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Tamika Nicole Wyche | on behalf of Debtor Amy Holmes daviddanielslaw@gmail.com  G30609@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6