Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−13606−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amy Holmes
   aka Amy Williams, aka Amy L. Holmes
   1126 Collings Rd
   Camden, NJ 08104−3006

Social Security No.:
   xxx−xx−3916

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/20/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 20, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Amy Holmes  
    Debtor

Case No. 20-13606-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 20, 2023      Form ID: 148      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Amy Holmes, 1126 Collings Rd, Camden, NJ 08104-3006 |
| 518743993 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 518743994 | + | Central Credit Services, PO Box 15118, Jacksonville FL 32239-5118 |
| 518743996 | | City of Camden, City Hall, Room 117, PO Box 95120, Camden, NJ 08101-5120 |
| 518743997 | | City of Camden Via AWE-CSG, PO Box 822192, Philadelphia, PA 19182-2192 |
| 518743998 | | City of Camden Water, 100 S 17th St, Camden, NJ 08105-1759 |
| 518744001 | | Debt Recovery Solutions, PO Box 9003, Syosset, NY 11791-9003 |
| 518803616 | + | Denise Carlon, EsquireKML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518824625 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518744004 | | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 518744005 | | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 518744006 | | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 518744007 | | Southwest Credit Systems, 2639 Dickrson Pkwy, Carrollton, TX 75007 |
| 518744008 | | State of New Jersey Dept of Labor, PO Box 650, Trenton, NJ 08646-0650 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518743992 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2023 20:57:12 | American First Finance, Inc., PO Box 565848, Dallas, TX 75356-5848 |
| 518743995 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 20 2023 20:44:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518743999 | | Email/Text: commonwealth@ebn.phinsolutions.com | Jan 20 2023 20:43:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 518744000 | ^ | MEBN | Jan 20 2023 20:40:43 | Convergent HC Recoveries, 121 NE Jefferson Ave Ste 100, Peoria, IL 61602-1229 |
| 518744002 | | Email/Text: bknotice@ercbpo.com | Jan 20 2023 20:44:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518802046 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2023 20:56:50 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 518831539 | + | EDI: AISMIDFIRST | Jan 21 2023 01:34:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518744003 | | EDI: AISMIDFIRST | Jan 21 2023 01:34:00 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Tamika Nicole Wyche | on behalf of Debtor Amy Holmes daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5